IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WALLACE D. RUMPH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-62 (MTT) |
| DEPARTMENT OF CORRECTIONS, | ) |
| Defendant. | ) |

## ORDER

The Court entered an order for the Plaintiff to show cause why this action should not be dismissed for failing to pay the required filing fee, or file an application to proceed in forma pauperis. (Doc. 8). In response, the Plaintiff claims "he had no knowledge of a filing fee being required." (Doc. 9). However, the Plaintiff is aware he must pay a filing fee or file an application to proceed in forma pauperis because United States Magistrate Judge Claude W. Hicks, Jr. previously entered a similar order. *Rumph v. Jarrel*, 5:04-cv-62 (DF) (Doc. 3). Further, there is no evidence the Defendant was properly served within 120 days pursuant to Fed. R. Civ. P. 4(m). Accordingly, this action is **DISMISSED without prejudice**. The Motion for Default Judgment (Doc. 7) is **DENIED** as moot.

**SO ORDERED**, this the 16th day of September, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT